NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
LOUIS P. PETRICH (State Bar No. 038161)
VINCENT COX (State Bar No. 070511)
NICHOLAS MORGAN (State Bar. No. 241475)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310)277-3333 Fax: (310)277-7444

ATTORNEYS FOR: Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

THE KILIMANJARO CORPORATION, a California corporation
Plaintiff(s),
v.
NEW REGENCY PRODUCTIONS, INC. a California corporation; ANDREW NICCOL, an individual; and DOES 1 through 10, inclusive
Defendant(s)

CASE NUMBER:
2:11-CV-7575 JFW (JCx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendants New Regency Productions, Inc., and Andrew Niccol (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** — **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| The Kilimanjaro Corporation | Plaintiff |
| Harlan Ellison | Owner of Plaintiff |
| New Regency Productions, Inc. | Defendant |
| Andrew Niccol | Defendant |
| Hiscox USA | Insurer |

October 11, 2011
Date

Sign: /s/ Vincent Cox

Vincent Cox, Attorney for Defendants
Attorney of record for or party appearing in pro per