1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KILIMANJARO CORPORATION, a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NEW REGENCY PRODUCTIONS, INC., a California corporation; ANDREW NICCOL, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV-11-07575_JFW (JCx)<br><br>[U.S. Dist. Judge John F. Walter]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

LA01/ 1058885.1

1   After seeing the film *In Time*, plaintiff has decided to voluntarily dismiss this
2   Action. Accordingly, the parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal
3   Rules of Civil Procedure, stipulate to the dismissal with prejudice of Plaintiff's
4   entire civil action, with each party to bear his or its own attorneys' fees and costs.
5   No payment or screen credit was promised or given to Plaintiff.

Dated: November 16, 2011    Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: /s/ Adam J. Thurston
    Adam J. Thurston

Attorneys for Plaintiff
The Kilimanjaro Corporation

Dated: November 16, 2011    LEOPOLD, PETRICH & SMITH, P.C.

By: /s/ Vincent Cox
    Vincent Cox

Attorneys for Defendants
New Regency Productions, Inc.
and Andrew Niccol

LA01/ 1058885.1                                   - 2 -
STIPULATION OF DISMISSAL WITH PREJUDICE