# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KILIMANJARO CORPORATION, a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NEW REGENCY PRODUCTIONS, INC., a California corporation; ANDREW NICCOL, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV-11-07575_JFW (JCx)<br><br>[U.S. Dist. Judge John F. Walter]<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

LA01/ 1058887.1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | THIS CAUSE is before the Court on the parties' Stipulation of Dismissal |
| 3 | With Prejudice (the "Stipulation"). Upon review of the Stipulation and the relevant |
| 4 | portions of the record, it is |
| 5 | ORDERED AND ADJUDGED that Plaintiff's entire civil action is |
| 6 | DISMISSED WITH PREJUDICE. Each party shall bear his or its own attorneys' |
| 7 | fees and costs. |
| 8 | IT IS SO ORDERED on this _____ day of November 2011. |
| 9 | |
| 10 | UNITED STATES DISTRICT JUDGE |