JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KILIMANJARO CORPORATION, a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NEW REGENCY PRODUCTIONS, INC., a California corporation; ANDREW NICCOL, an individual; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. CV-11-07575_JFW (JCx)<br><br>[U.S. Dist. Judge John F. Walter]<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

**ORDER**

THIS CAUSE is before the Court on the parties' Stipulation of Dismissal With Prejudice (the "Stipulation"). Upon review of the Stipulation and the relevant portions of the record, it is

ORDERED AND ADJUDGED that Plaintiff's entire civil action is DISMISSED WITH PREJUDICE. Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED on this 1st day of December 2011.

_____
UNITED STATES DISTRICT JUDGE

LA01/ 1058887.1